UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE CO. AND EXCESS UNDERWRITERS SUBSCRIBING SEVERALLY TO POLICY NO. TMU-407387<br><br>Plaintiff,<br>v.<br><br>PHILLIPS 66 COMPANY<br><br>Defendant. | CIVIL ACTION<br><br>NO. 17-cv-9318<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JANIS VAN MEERVELD |

**STATEMENT OF MATERIAL FACTS**
**WHICH PRESENT NO GENUINE ISSUE**

Phillips 66 Company ("P66") submits this Statement of Material Facts Which Present No Genuine Issue in support of its Motion for Partial Summary Judgment:

1. P66 and Blanchard Contractors, Inc. ("Blanchard") entered into USA Master Services Agreement No. CW2291283 effective November 17, 2016 (the "MSA"), a true and correct copy of which is attached as Exhibit A-1.[1]

2. Sections 18.1.1 and 18.1.2 of the MSA provide that P66 is obligated to indemnify Blanchard for claims arising from personal injury to P66 employees and Blanchard

---

[1] Exhibit A, Declaration of Mr. Todd Denton, ¶ 1, and attached A-1, USA Masters Services Agreement with Blanchard. *See also*, Complaint for Declaratory Judgment (Doc. 1, hereafter "Complaint") ¶8, and Phillip 66 Answer (Doc. 4) ¶ 8.

1

14717305_1.docx

is obligated to indemnify P66 for claims arising from personal injury to Blanchard's employees.[2]

3. On February 9, 2017, a fire occurred at the P66 Paradis Pipeline Station located in Paradis, Louisiana (the "Incident") while Blanchard was providing work (labor and materials) for an ILI tool run, which is commonly referred to as a "pigging" operation. The work was being performed pursuant to the MSA and associated Service Order.[3]

4. Following the Incident, a personal injury lawsuit was filed by an employee of Blanchard, Mr. Desmond Calloway, against P66 and others which is currently pending in the District Court of Harris County, Texas, Civil Action Number 2017-42198 ("Lawsuit"). Another employee of Blanchard, Mr. Jacob Jambon, intervened in the Lawsuit. Mr. Calloway and Mr. Jambon claim they sustained personal injuries as a result of the Incident.[4]

5. Pursuant to the indemnity and insurance provisions of the MSA, P66 made several tenders to Plaintiffs for contractual defense, indemnity, and insurance coverage for the personal injury claims asserted by Blanchard's employees against P66.[5]

---

[2] Exhibit A, Declaration of Mr. Todd Denton, and attachment A-1, USA Masters Services Agreement with Blanchard.

[3] Exhibit A, Declaration of Mr. Todd Denton, ¶ 1.

[4] Complaint (Doc. 1) at ¶¶ 13, 14; Answer (Doc. 4), ¶¶ 13, 14.

[5] Exhibit B, Declaration of Mr. Glenn M. Farnet, and attachments B-1, B-2, and B-3.

6. The Incident and contracted work at the Paradis station involved a segment of pipeline known as the RV-60 Venice-to-Paradis (VP01) natural gas liquid ("NGL") pipeline (hereafter, the "Pipeline").[6]

7. The Pipeline connects to the Venice Energy Services Company LLC ("VESCO") gas gathering plant located in Venice, Louisiana, and receives commingled, unfractionated Raw Product/Y-Grade NGL gathered by VESCO.[7]

8. The NGL received into the Pipeline at the VESCO plant cannot be identified with any particular well because it originates from multiple wells and production facilities and is commingled prior to delivery to the Pipeline.[8]

9. The Pipeline transports the commingled, unfractionated Raw Product/Y-Grade NGL downstream to the Enterprise Norco Fractionation Plant located in Norco, Louisiana, where it is fractionated and processed.[9]

10. The Paradis station is an intermediate pumping station situated between the VESCO plant and the Enterprise Norco Fractionation Plant.[10]

By Attorneys:

*/s/ Michael J. deBarros*
Glenn M. Farnet (#20185) [Lead Attorney]
glenn.farnet@keanmiller.com
John F. Jakuback (#21643)

---

[6] Exhibit A, Declaration of Mr. Todd Denton at ¶ 3.

[7] Exhibit A, Declaration of Mr. Todd Denton at ¶¶ 4-5.

[8] Exhibit A, Declaration of Mr. Todd Denton at ¶¶ 4-5.

[9] Exhibit A, Declaration of Mr. Todd Denton at ¶¶ 4-5.

[10] Exhibit A, Declaration of Mr. Todd Denton at ¶ 6.

        john.jakuback@keanmiller.com
        Michael deBarros (#32422)
        michael.debarros@keanmiller.com
        Kean Miller LLP
        400 Convention St., Suite 700
        Baton Rouge, LA 70802
        Telephone: 225-387-0999
        Facsimile: 225-388-9133

        ***Counsel for Phillips 66 Company***

14717305_1.docx

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 10th day of April, 2018.

                                       */s/ Michael J. deBarros*
                                        Michael deBarros