UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE CO. AND EXCESS UNDERWRITERS SUBSCRIBING SEVERALLY TO POLICY NO. TMU-407387 | CASE NO. 17-cv-9318 |
| | JUDGE: ELDON E. FALLON |
| Plaintiff, | MAG.: JANIS VAN MEERVELD |
| v. | |
| PHILLIPS 66 COMPANY, | |
| Defendant. | |

**PHILLIPS 66 COMPANY'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes Phillips 66 Company ("Phillips 66") who moves for partial summary judgment against Atlantic Specialty Insurance Company ("Atlantic"), upon showing that there are no genuine issues of material fact and that Phillips 66 is entitled to judgment on Atlantic's duty to defend, all as more fully set forth in Phillips 66's statement of uncontested material facts and memorandum in support of motion for partial summary judgment.

Respectfully Submitted:

*/s/ Michael deBarros*

Glenn M. Farnet (#20185) [Lead Attorney]
glenn.farnet@keanmiller.com
John F. Jakuback (#21643)
john.jakuback@keanmiller.com
Michael deBarros (#32422)
michael.debarros@keanmiller.com

KEAN MILLER LLP
400 Convention St., Suite 700
Baton Rouge, LA 70802
Telephone: 225-387-0999
Facsimile: 225-388-9133

***Counsel for Phillips 66 Company***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 10th day of April, 2018.

*/s/ Michael deBarros*
Michael J. deBarros