UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE CO. AND EXCESS UNDERWRITERS SUBSCRIBING SEVERALLY TO POLICY NO. TMU-407387<br><br>Plaintiff,<br><br>v.<br><br>PHILLIPS 66 COMPANY,<br><br>Defendant. | CASE NO. 17-cv-9318<br><br>JUDGE: ELDON E. FALLON<br><br>MAG.: JANIS VAN MEERVELD |

**PHILLIPS 66 COMPANY'S**
**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Phillips 66 Company's Motion for Partial Summary Judgment regarding Atlantic Specialty Insurance Company's ("Atlantic") duty to defend will be brought for hearing before the Honorable Judge Eldon E. Fallon, United States District Court, Eastern District of Louisiana, on the 9th day of May, 2018, at 9:00 a.m., or at such other time that the Court may direct.

Respectfully Submitted:

*/s/ Michael deBarros*

Glenn M. Farnet (#20185) [Lead Attorney]
glenn.farnet@keanmiller.com
John F. Jakuback (#21643)
john.jakuback@keanmiller.com
Michael deBarros (#32422)
michael.debarros@keanmiller.com
KEAN MILLER LLP
400 Convention St., Suite 700

Baton Rouge, LA 70802
Telephone: 225-387-0999
Facsimile: 225-388-9133

***Counsel for Phillips 66 Company***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 10th day of April, 2018.

*/s/ Michael deBarros*
Michael J. deBarros