UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE CO. AND EXCESS UNDERWRITERS SUBSCRIBING SEVERALLY TO POLICYNO. TMU-407387<br><br>Plaintiff,<br>v.<br><br>PHILLIPS 66 COMPANY<br><br>Defendant. | CIVIL ACTION<br><br>NO. 17-cv-9318<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JANIS VAN MEERVELD |

**DECLARATION**

My name is Todd Denton. I am General Manager, Midstream Operations, for Phillips 66 Company.

1.

On February 9, 2017, a fire occurred at the Phillips 66 Paradis Pipeline Station located in Paradis, Louisiana (the "incident"). At the time of the incident, Blanchard Contractors, Inc., ("Blanchard") was providing labor and materials for an ILI tool run, which is commonly referred to as a "pigging" operation. The work was being performed pursuant to the November 16, 2016 USA Master Services Agreement CW2291283 between Phillips 66 Company and Blanchard ("MSA") and associated Phillips 66 Carrier, LLC Service Order number 4523432638 ("Service Order") (Phillips 66 Company, its subsidiary, Phillips 66 Pipeline LLC, and Phillips 66 Carrier LLC are collectively referred to here as "Phillips 66"). True and correct copies of the MSA and Service Order are attached to this Declaration.

Exhibit A

2.

The fire resulted in the death of one Phillips 66 employee, injuries to two other P66 employees, and injuries to three employees of Blanchard.

3.

The work being performed at the Phillips 66 Paradis Station involved a segment of pipeline known as the RV-60 Venice-to-Paradis (VP01) natural gas liquid ("NGL") pipeline (hereafter, the "Pipeline"). The Pipeline was transporting unfractionated raw grade (also known as "Y-grade" or "raw make") natural gas liquids from a natural gas gathering facility in Venice, Louisiana to the Shell Enterprise Norco facility, where it would be fractionated and processed.

4.

The Pipeline connects to the Venice Energy Services Company LLC ("VESCO") gas gathering plant located in Venice, Louisiana ("the Venice gas plant"). The Venice gas plant gathers and co-mingles natural gas produced from multiple different offshore production and gathering facilities and the shallow waters of the eastern Gulf of Mexico.[1] The Venice gas plant receives unprocessed gas directly or indirectly from multiple offshore pipelines and gas gathering systems including the VGS system, which is a gathering system from the shallow waters of the eastern Gulf of Mexico.[2]

---

[1] VESCO's public statements describe the gathering process as follows: "[t]he gathering of natural gas consists of aggregating natural gas produced from various wells…." http://www.targaresources.com/gathering-processing-division

[2] http://www.targaresources.com/operations/gathering-processing/coastal-segment/coastal-straddles

5.

The Pipeline receives commingled, unfractionated Raw Product/Y-Grade NGL from VESCO.[3] The Pipeline carries commingled NGL originating from different wells or production facilities. The Pipeline transports the unfractionated Raw Product/Y-Grade NGL downstream for processing and fractionation at the Enterprise Norco Fractionation Plant located in Norco, Louisiana ("Norco Fractionation Plant").

6.

The Paradis station is an intermediate pumping station along the Pipeline in which pressure is added to assist in the transportation of the material further downstream to the Norco Fractionation Plant, where the material is processed and fractionated.

7.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the statements in this Declaration are true and correct to the best of my knowledge and information.

Todd Denton
April 5, 2018

[3] "Raw Product" and "Y-Grade" are synonymous terms which refer to an NGL stream before it is processed and fractionated.