# Service Order

Phillips 66 Partners

***SO number:*** 4523432638
***Date:*** 01/26/2017

***Contact person/Telephone***
Emily H Hambright/+1 918977
Telefax Number: 918-977-9142
email: Emily.Hambright@p66.com

***Contractor:***
BLANCHARD CONTRACTORS INC
PO Box 884
CUT OFF LA 70345

***Effective date:*** 01/26/2017

***Please deliver to:***
P66 Carrier - River Parish VP
River Parish VP Pipeline
155 Tidewater Road
Venice LA 70091

***Please Bill To (Company):***
Phillips 66 Carrier LLC
c/o Phillips 66 Company
PO Box 9000
BARTLESVILLE OK 74005

Delivery Terms: COL - FOB Origin/Collect
Payment Terms: Net 30 Days Currency USD

Your ref.:CW2291283
If any good, product, service, or technology covered by this Purchase Order are subject to any export or re-export license or authorization, Contractor shall obtain and furnish copies of all licenses to ExportLicensingP66@p66.com.

This Service Order is issued in accordance with the terms and conditions in Master Service Agreement CW2291283-MSA-MID- BLANCHARD CONTRACTORS. Where there are conflicts, precedence shall be given to the aforementioned Agreement.

This Service Order pertains to furnishing labor, tools, materials, equipment, transportation, supervision, and insurance to provide the services described in this Service Order as directed by Company authorized Representative.

Company will pay Contractor for the work up to the stated Not To Exceed (NTE) Service Order price at time and material rates. Contractor shall notify Company in writing when the commitments against the Service Order are at eighty-five (85) percent of the NTE Service Order price. Contractor shall obtain prior written approval from Company Representative prior performing any overtime. Contractor will not perform work or enter into commitments in excess of the NTE Service Order price without written prior authorization from Company Representative. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT FOR SAID WORK.

Contractor can now email paper invoices to P66-US-iPay-Invoices@p66.com. This email box is not to be utilized for statements or balance inquiries but submission of paper invoices only. NOTE TO ALL EPAY Contractors: If you submit your invoices through the ePay system, please continue to submit invoices through ePay. No other invoice submission options are



Exhibit A-2

# Service Order

***Contractor:***
BLANCHARD CONTRACTORS INC
CUT OFF LA 70345

***SO number:*** 4523432638
***Date:*** 01/26/2017

available for ePay Contractors. The Company Service Order number must be referenced on all correspondence, including invoices and packing slips to facilitate prompt payment of invoices. To check invoice or payment status logon to https://vis.ephillips66.com/ or by phone at 918-977-7909. CONTRACTOR MUST PROVIDE DETAILED DOCUMENTATION (TIME SHEETS, ETC.), APPROVED BY COMPANY, WITH ALL INVOICES.

For possible Tax Exemption Certificates, email request containing the Service Order number to Matrix@p66.com or contact Company's Accounts Payable call center at (918)977-7909.

Contractor understands the Work performed for Company under this Service Order will include work by Contractor#s Employees or subcontractors on pipeline facilities regulated by the United States Department of Transportation (DOT). As such, Contractor is required to have and follow a qualification program pursuant to the regulations of DOT and shall follow Company#s DOT Operator Qualification program ("OQ Program"). Contractor shall be solely responsible for ensuring that all of its Employees, and its subcontractors and their Employees, as part of the Work being performed for Company have their current and up to date qualifications as set forth in Company#s OQ Program system prior to performing any Work that is subject to Company OQ Program. Company may periodically perform inspections to determine if the Work performed by the Contractor#s Employees, or its subcontractors or their Employees, is in compliance with Company#s OQ program. If these inspections determine that Contractor is out of compliance with Company#s OQ program, then Company shall have the right, without prejudice to Company#s other rights and remedies under this Agreement, to deduct an amount not to exceed $25k from any outstanding invoice balances for the first failed inspection and an amount not to exceed $50k for each subsequent failed inspection. Company shall supply Contractor with appropriate documentation of any deficiencies in Contractor#s compliance with Company#s OQ Program found during these inspections.

**Transportation Shipping Instructions:**
**All small parcel items weighing <150 pounds each with total shipping weight not to exceed 300 pounds - ship UPS small parcel.**
**UPS small parcel instructions: Use Phillips 66 account #6W8A63. If using CampusShip or UPS.com, you must use Account #6W8A63 with Billing Postal Code 74004.**
**Place the Phillips 66 PO# in 'Reference Number 1' field. Do not declare value or purchase insurance on any package. Phillips 66 is self-insured.**
**For all other shipping needs or for questions, call Phillips 66 Transportation at 1-800-685-7578**
**Note: Phillips 66 will manage the transportation for this purchase and will reject any freight charges from any supplier or supplier's carrier for failure to comply with these shipping instructions.**

| Item | Material / Order qty. | Unit | Description / Price per unit | Net value |
|---|---|---|---|---|

# Service Order

***Contractor:***
BLANCHARD CONTRACTORS INC
CUT OFF LA 70345

***SO number:*** 4523432638
***Date:*** 01/26/2017

| Item | Material | | Description | |
|---|---|---|---|---|
| | Order qty. | Unit | Price per unit | Net value |
| 00001 | | | BLANCHARD CONST _ RV60 ILI TOOL RUN | |

BLANCHARD CONST _ RV60 ILI TOOL RUN

SCOPE:
Blanchard Contractors to provide labor and materials for the RV60 ILI tool runs. Per attached quote BCI RV-60 (VP01) 20in Pipeline Pigging Project Phi Zane M Aizen 01/17/2017

PHILLIPS 66 CONTACT - GREG RAGLE 337-583-3386

Set reviewer as: aizenzm
Set approver as: raglecg

| Order qty. | Unit | Price per unit | Net value |
|---|---|---|---|
| 1.000 | Perf. unit | 100,000.00 | 100,000.00 |

Storage Location: 172
Work Order: 60977755

**The item contains the following services:**
Expected value of unplanned services: 100,000.00

Total net value excl. tax USD 100,000.00
====================================================

# TERMS AND CONDITIONS

Services performed by Contractor shall be in accordance with the Terms and Conditions in Agreement number outlined as Your Ref. on this Service Order This DI number refers to the Master Agreement or Service Agreement between Contractor and Company.